UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.08cr307 JM |
| ) Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING [Docket No. 25] |
| ) MICHAEL BESS-AMARILLAS, et al ) | |
| ) Defendants. ) | |

Upon the joint motion of counsel and for good cause being shown, the motion hearing currently scheduled before Judge Miller in Courtroom 16 on March 21, 2008 is hereby continued to *11:00 a.m. on April 25, 2008*.

IT IS SO ORDERED.

DATED: March 5, 2008

Hon. Jeffrey T. Miller
United States District Judge