FILED

08 SEP 22 PM 3: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE LOUISA S. PORTER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL BESS-AMARILLAS,<br><br>　　　　　　　　　Defendant. | Criminal Case No. 08CR0307-JM<br><br>**ORDER** |

FOR GOOD CAUSE, the parties' joint motion to enlarge the travel restrictions on defendant's bond in the above entitled case to permit him to travel to the State of Arizona is hereby GRANTED.

**SO ORDERED.**

DATED: 9/22/08

_____
LOUISA S. PORTER
United States Magistrate Judge